ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
FAX: (415) 436-6748
Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FARIBA MOEZPOUR, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ANTONY J. BLINKEN, Secretary, U.S. Department of State, *et al.*,<br><br>Defendants. | C 3:23-cv-01958 LJC<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS MUST FILE A RESPONSE AND ORDER** |

The parties, through their undersigned attorneys, hereby stipulate to an extension of time within which the Defendants must serve the answer or otherwise respond in the above-entitled action. Defendants will file their response on or before July 26, 2023.

The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order.  Currently, if Plaintiffs have not filed a motion for summary judgment by 90 days after the Complaint was filed, or July 24, 2023, Defendants must file a motion for summary judgment by 120 days after the Complaint was served, August 25, 2023.  In light of the agreed-upon extension for Defendants' response to the Complaint, the parties request that, if Plaintiffs have not filed a motion for summary judgment by

August 23, 2023, Defendants must file their motion for summary judgment by September 25, 2023.  In accordance with Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: June 15, 2023                  Respectfully submitted,

                                              ISMAIL J. RAMSEY
                                              United States Attorney

                                              /s/ Elizabeth D. Kurlan
                                              ELIZABETH D. KURLAN
                                              Assistant United States Attorney
                                              Attorneys for Defendants

Dated: June 14, 2023

                                              /s/ Tara Farkhondeh
                                              TARA FARKHONDEH
                                              Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 20, 2023

                                              LISA J. CISNEROS
                                              United States Magistrate Judge